DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE L. WYNN, SR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1724

[November 16, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 312016CF000147A and 312016CF000627A.

Carey Haughwout, Public Defender, and James W. McIntire, Assistant Public Defender, West Palm Beach, for appellant.

Willie L. Wynn, Sr., Lake City, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Alexandra A. De La Flor, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***